THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-24487-CIV-GOODMAN

PAUL PLANTE, JR.

    Plaintiff,

v.

FRANK D. MARCUM, et al.

    Defendants.

_____/

## AGREED[1] ORDER OF DISMISSAL WITHOUT PREJUDICE FOR *FORUM NON CONVENIENS*

**THIS CAUSE** comes before the Court upon Defendant ADT's Motion to Dismiss Corrected Complaint for Improper Venue, or in the Alternative, to Transfer to the Eastern District of Kentucky and Incorporated Memorandum of Law [DE 24], Defendant Frank D. Marcum's Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue, or in the Alternative, to Transfer this Action to the Eastern District of Kentucky and Incorporated Memorandum of Law [DE 31] and Defendant Robert Watson's Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue, or in the Alternative, to Transfer this Action to the Easter District of Kentucky and Incorporated Memorandum of Law [DE 32].

**THE COURT** has considered the Motions, the pertinent portions of the record, and the agreement of the parties. Accordingly, it is hereby

---

[1] The Court made a few modest revisions to the proposed agreed order submitted by the parties. If any party objects to the order because of the revisions, then that party may file a motion to revoke and amend the order. Before doing so, however, that party's counsel shall consult with all other counsel and include a certification of conferral as required by Local Rule 7.1.

CASE NO: 11-24487-CIV-GOODMAN

**ORDERED AND ADJUDGED** as follows:

- this cause is dismissed based without prejudice on *forum non conveniens* in favor of the issues herein being resolved by a court in Kentucky;

- any new action filed in Kentucky (or amended pleadings of a suit currently pending in Kentucky containing allegations similar to those of this suit) shall be deemed filed for statutes of limitation purposes at the time of the filing in this suit;

- Plaintiff must file the new action in Kentucky (or amended pleadings in any currently pending suit in Kentucky) within 120 days of this Agreed Order in order to obtain the benefit of the stipulations in this Order;

- each side will bear their own fees and costs in connection with this suit;

- Defendants agree to submit to the personal jurisdiction of Kentucky courts for the issues raised in this suit;

- this Court will retain jurisdiction to enforce the terms of this Agreed Order;

- Defendants agree to waive formal service of process in Kentucky of the new suit (or amended pleadings in any suit pending in Kentucky) and instead, agree that personal service on Defendants will be effectuated by service on counsel Dana McElroy by federal express return receipt;

- the documents produced by Marcum in this suit (marked "Marcum 1-22 Confidential"), as redacted, can be used in the Kentucky litigation; Plaintiffs may challenge the confidentiality of these documents (and the redactions) in Kentucky courts; and Plaintiffs may file unredacted copies of these documents under seal in Kentucky courts; and

- this suit can be reinstated (subject to challenges other than *forum non conveniens*) if any Kentucky court rejects personal jurisdiction over any Defendant.

- the Clerk of Court shall close this case for administrative purposes.

CASE NO: 11-24487-CIV-GOODMAN

- all other pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of March, 2012.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All counsel of record